# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Q.H., a minor, and Pebbles McClain as guardian and next friend of J.F. and I.F., minor, <br><br> Plaintiffs, <br><br> v. <br><br> CONTOUR EASTWYCK, LLC, <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 1:20-CV-03129-CAP |

## PLAINTIFFS' MOTION FOR APPROVAL OF PARTIAL SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 17(c), which empowers a district court to make an "appropriate order" to protect a minor, and O.C.G.A. §29-3-3, Plaintiffs move this Court for approval of a partial settlement in this case on behalf of the Estate of Tijuana Frazier and decedent's three natural children and sole heirs.

1. Tijuana Frazier was shot and killed at the Eastwyck Village apartments on April 6, 2019.

2. Defendant, Contour Eastwyck LLC, owned and operated the Eastwyck Village apartments on the date of the incident.

-1-

3. The decedent, Tijuana Frazier, was not married at the time of her death.

4. The decedent, Tijuana Frazier, was survived by three natural children: Q.H. (Age 16), J.F. (Age 13), and I.F. (Age 9).

5. Mildred Collins-Williams is a citizen and resident of the State of Georgia and is the Administrator of the Estate of Tijuana Frazier and the Guardian of Q.H., a minor, who is a natural child and heir of the deceased, Tijuana Frazier.

6. Pebbles McClain is a citizen and resident of the State of North Carolina and is the Guardian of J.F. and I.F., minors, who are natural children and heirs of the deceased, Tijuana Frazier.

7. Mildred Collins-Williams, as administrator of the estate of Tijuana Frazier and as guardian and next friend of Q.H. a minor and Pebbles McClain as guardian and next friend of J.F. and I.F., minors, have brought wrongful death and estate

claims against the Defendant arising out of the shooting death of Tijuana Frazier as detailed in the lawsuit filed in this matter.[1]

8. Defendant Contour Eastwyck LLC is insured by two insurance policies for the subject incident:

    a. A $1,000,000.00 primary insurance policy issued by Colony Select Insurance Company, policy no. 101 GL 0111990-00; and

    b. A $5,000,000.00 umbrella policy issued by Nautilus Insurance Company, policy no. AN060019.

9. In February 2021, the parties (specifically, Plaintiffs and defense counsel provided by Colony Select Insurance Company), reached a conditional partial settlement of the claims brought in this lawsuit subject to approval by the Court. The partial settlement is for the policy limits of the primary insurance policy issued to Defendant by Colony Select Insurance Company in exchange for a limited liability release.[2]

---

[1] All documents evincing Plaintiffs' status as Administrators of the Estate and/or Guardian of the minor children are attached hereto as Exhibit "1"
[2] The proposed limited liability release is attached hereto as Exhibit "2"

-3-

10. The parties seek court approval of the proposed partial settlement. The settlement proceeds of One Million and 00/100 ($1,000,000.00) dollars will be allocated as follows:

   a. A lump sum payment of $142,722.59 to be placed into a Minors Pooled Trust share for the sole benefit of Q.H. ▮. The trust shall distribute all remaining corpus of the trust at the age of 18.[3]

   b. A lump sum payment of $142,722.58 to be placed into a Minors Pooled Trust share for the sole benefit of I.F. ▮. The trust shall distribute all remaining corpus of the trust at the age of 18.

   c. A lump sum payment of $142,722.58 to be placed into a Minors Pooled Trust share for the sole benefit of J.F. ▮. The trust shall distribute all remaining corpus of the trust at the age of 18.

   d. Fee to Attorneys for Plaintiffs - $450,000.00[4]

---

[3] Further information on the Legacy Enhancement Minors Pooled Trust as well as the Master Trust Agreement are attached as Exhibit "3"

[4] Due to the risk, cost, and complexity of the case, the fee contract calls for a 45% contingency fee if the case is resolved after a lawsuit is filed. A 45% contingency fee is fair, reasonable, and customary in a case like this one.

    e. Reimbursement to Attorneys for advanced expenses of litigation in the amount of $46,832.25[5]

    f. Estimated future costs in the amount of $75,000.00[6]

11. Mildred Collins-Williams, as administrator of the Estate of Tijuana Frazier, after consultation with her attorneys, believes the proposed partial settlement is in the best interest of the estate.

12. Mildred Collins-Williams, as guardian of Q.H. ▮▮▮▮▮, and Pebbles McClain, as guardian of I.F. ▮▮▮▮▮ and J.F. ▮▮▮▮▮, after consultation with their attorneys, believe the proposed partial settlement is in the best interest of the minor children.

13. The proposed partial settlement does not resolve the claims brought in this lawsuit. Plaintiffs' claims proceed against Defendant up to the applicable limits of Defendant's remaining insurance coverage.

WHEREFORE, Plaintiffs move this honorable Court to enter an Order approving the proposed partial settlement as set forth herein.

Submitted on August 18, 2021, by:

---

Rafi Law Firm's fees have been approved by other Courts in such situations. See Fee Agreements attached hereto as Exhibit "4"
[5] An itemization of costs is attached hereto as Exhibit "5"
[6] Unspent future costs will be refunded and distributed to the minors' trust accounts at the conclusion of the case.

-6-

**Rafi Law Firm LLC**  
1776 Peachtree Road NW  
Suite 423-South  
Atlanta, GA 30309  
404-800-9933  
470-344-3425 fax  
mike@rafilawfirm.com  
brown@rafilawfirm.com

Michael T. Rafi  
Georgia Bar No. 127670  
Alexander J. Brown  
Georgia Bar No. 532112

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of** Q.H.**, a minor, and Pebbles McClain as guardian and next friend of** J.F. I.F.**,**<br><br>Plaintiffs,<br><br>v.<br><br>**Contour Eastwyck LLC**,<br><br>Defendant. | Case No.<br>1:20-CV-03129-CAP<br><br><br><br><br><br><br><br>**Plaintiff's Certificate of Service** |

This is to certify that I have this day filed the foregoing pleading with the

Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following:

Matthew G. Moffett
Chris J. Perniciaro
Gray, Rust, St. Amand, Moffett and Brieske, LLP
950 East Paces Ferry Road NE

-7-

Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
mmoffett@grsmb.com
cperniciaro@grsmb.com

[Signature on following page]

Case 1:23-cv-00619-JPB   Document 11-64   Filed 02/09/23   Page 8 of 9

-8-

Submitted on August 18, 2021, by:

**Rafi Law Firm LLC**  Michael T. Rafi
1776 Peachtree Road NW  Georgia Bar No. 127670
Suite 423-South  Alexander J. Brown
Atlanta, GA 30309  Georgia Bar No. 532112
404-800-9933
470-344-3425 fax
mike@rafilawfirm.com
brown@rafilawfirm.com  **Attorneys for Plaintiff**