# Kyle Ference

| | |
|---|---|
| **Subject:** | FW: Nautilus Insurance Company v. Mildred Collis-Williams, et al.; C.A. No. 1:23-CV-00616-CAP |
| **Attachments:** | 2023-08-21 Notice of 30(b)(6) Deposition to Nautilus.pdf; 2023-08-21 Notice of 30(b)(6) Deposition to Contour.pdf; 2023-08-21 Notice of Deposition of Jon Abood.pdf; 2023-08-21 Notice of Deposition of Jeffrey Kagan.pdf |

**From:** Philip W. Savrin <psavrin@fmglaw.com>
**Sent:** Monday, August 21, 2023 5:05 PM
**To:** Bersinger, Austin <Austin.Bersinger@btlaw.com>; Mitchum, Lisa <Lisa.Mitchum@btlaw.com>; Daenecke, Alexis <Alexis.Daenecke@btlaw.com>
**Cc:** Kyle Ference <Kyle.Ference@fmglaw.com>; Lee D. Whatling <LWhatling@fmglaw.com>
**Subject:** FW: Nautilus Insurance Company v. Mildred Collis-Williams, et al.; C.A. No. 1:23-CV-00616-CAP

Eric Retter has withdrawn from the case and indeed our firm. So you don't need to include him.
Lee Whatling has appeared in the case so you do need to include him. If you can, please include Kyle Ference as well who is copied on this email.
I was waiting to hear back on terms of a stipulation to dismiss without prejudice but I understand your need to preserve the record within the existing time period. I therefore held off on responding to your letter and providing you with a privilege log. As it is now after 5 p.m. and I have not heard back we will crank that back up tomorrow.
We are still planning to move to dismiss hopefully by agreement of the parties to avoid the irreparable harm to Contour and Nautilus in defending the ongoing liability case that has yet to go to trial.

**Philip W. Savrin**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1405 | C: 678-525-6175**
psavrin@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement