# Kyle Ference

| | |
|---|---|
| **Subject:** | FW: Nautilus Insurance Company v. Contour Eastwyck LLC et al., Civil Action File No. 1:23-cv-00616-CAP |

---

**From:** Philip W. Savrin <psavrin@fmglaw.com>
**Sent:** Wednesday, August 23, 2023 11:55 AM
**To:** Austin.Bersinger@btlaw.com
**Cc:** CBaugh@btlaw.com; Alexis.Daenecke@btlaw.com; greg.may@nelsonmullins.com; Greg.Taube@nelsonmullins.com; Kyle Ference <Kyle.Ference@fmglaw.com>
**Subject:** RE: Nautilus Insurance Company v. Contour Eastwyck LLC et al., Civil Action File No. 1:23-cv-00616-CAP

Austin,

I am writing to update you on the status of the preparation of the privilege log.

We have catalogued 967 documents on a spreadsheet; however, because they were not provided to us in Native format we have to review each one by hand to include them on the log. Instead of having you wait for the process to be complete we will provide you with a rolling production of the log as we get to certain points in the process.

Attached is the *working draft* of materials reviewed thus far to which we will be providing additional information. I am forwarding it to you for informational purposes only at this time.

**Philip W. Savrin**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1405 | C: 678-525-6175**
psavrin@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement