# Kyle Ference

| Subject: | FW: Contour - privilege log |
|---|---|

**From:** Philip W. Savrin <psavrin@fmglaw.com>
**Sent:** Friday, August 25, 2023 3:56 PM
**To:** Bersinger, Austin <Austin.Bersinger@btlaw.com>
**Cc:** Kyle Ference <Kyle.Ference@fmglaw.com>
**Subject:** RE: Contour - privilege log

I haven't heard from you in response to the below but it seems to me that with discovery stayed there is no need for the privilege log to be completed at this time for either of our purposes. We'll pick up where we left off depending on how the judge resolves the pending motions.

**Philip W. Savrin**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1405 | C: 678-525-6175**
psavrin@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

**From:** Philip W. Savrin
**Sent:** Thursday, August 24, 2023 1:05 PM
**To:** Bersinger, Austin <Austin.Bersinger@btlaw.com>
**Cc:** Kyle Ference <Kyle.Ference@fmglaw.com>
**Subject:** Contour - privilege log

Austin,

With the judge's order staying discovery while he sorts through the pending motions, please advise whether you would be agreeable for us to suspend preparation of the privilege log until we have direction as to how and when the case will proceed. As I've explained, we have 967 documents (not pages, documents) in our file such that there are many thousands of pages, plus they are not available in native format meaning we need to pull each one by hand to catalog them and correlate with the appropriate privilege. This is very time consuming and it may not be needed depending on how the court rules. Alternatively, if we need to complete the log we can do so when required by the court's ruling on the pending motions. If this is agreeable please confirm that you will not contend that any privilege was waived as a result of having suspended the preparation at this time.

**Philip W. Savrin**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 770-818-1405 | C: 678-525-6175**
psavrin@fmglaw.com  |  LinkedIn  |  Bio
www.fmglaw.com  |  Instagram  |  Twitter  |  Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement