UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTOUR EASTWYCK LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:23-CV-00616-JPB |

## ORDER

This matter is before the Court on the parties' Joint Time Sensitive Motion for Entry of Consent Protective Order [Doc. 82]. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Consent Protective Order [Doc. 82-1] is approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 30th day of January, 2025.

J. P. BOULEE
United States District Judge