# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>CONTOUR EASTWYCK, LLC; MILDRED COLLINS-WILLIAMS, as Administrator of the Estate of Tijuana Frazier; RAY KENDRICK, as Conservator of Quanisha Holt, an adult ward; and PEBBLES MCCLAIM, as Guardian and Next Friend of J.F. and I.F., minors,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-00616-JPB |

## CONTOUR EASTWYCK, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Contour Eastwyck, LLC ("Contour") files this *Certificate of Interested Persons and Corporate Disclosure Statement* pursuant to Local Rule 3.3 of the Northern District of Georgia and Federal Rule of Civil Procedure 7.1 and states as follows:

1. The undersigned counsel of record for Defendant Contour certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   **(a)  Plaintiff Nautilus Insurance Company;**

   **(b)  Defendant Contour Eastwyck, LLC;**

   **(c)  Defendant Mildred Collins-Williams, as Administrator of the Estate of Tijuana Frazier;**

   **(d) Defendant Ray Kendrick, as Conservator of Quanisha Holt, an adult ward; and**

   **(e) Defendants Pebbles McClaim, as Guardian and Next Friend of J.F. and I.F., minors.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: **Contour Eastwyck, LLC is not aware of any other information that should be listed or disclosed here.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

| | |
|---|---|
| Phillip W. Savrin, Esq.<br>Kyle A. Ference, Esq.<br>Lee Whatling, Esq.<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339<br>770-818-0000<br>770-937-9960 (fax)<br>psavrin@fmglaw.com<br>kyle.Ference@fmglaw.com<br>lwhatling@fmglaw.com<br><br>*Counsel for Plaintiff Nautilus Insurance Company* | Gregory M. Taube, Esq.<br>NELSON MULLINS RILEY &<br>SCARBOROUGH, LLP-ATL<br>201 17th Street, N.W., Suite 1700<br>Atlanta, GA 30363<br>404-322-6000<br>404-322-6050 (fax)<br>greg.taube@nelsonmullins.com<br><br>*Counsel for Defendant Contour Eastwyck, LLC* |
| Eric Daniel Retter, Esq.<br>CLYDE & CO LLP<br>271 17th Street, Suite 1720<br>Atlanta, GA 30363<br>404-410-3150<br>404-410-3151 (fax)<br>eric.retter@clydeco.us<br><br>*Counsel for Plaintiff Nautilus Insurance Company* | Gregory J. May, Esq.<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH, LLP-MA<br>One Financial Center<br>Suite 3500<br>Boston, MA 02111<br>617-217-4700<br>617-217-4710 (fax)<br>greg.may@nelsonmullins.com<br><br>*Counsel for Defendant Contour Eastwyck, LLC* |
| Ryan Lee Hedstrom, Esq.<br>BRADLEY ARANT BOULT<br>CUMMINGS<br>Thousand & One<br>1001 Water Street, Suite 1000<br>Tampa, FL 33602<br>813-559-5500<br>rhedstrom@bradley.com | Alexander Brown, Esq.<br>Michael Rafi, Esq.<br>RAFI LAW FIRM<br>1776 Peachtree St NW<br>Ste 423-South<br>Atlanta, GA 30309<br>404-800-9933<br>brown@rafilawfirm.com<br>mike@rafilawfirm.com |


| *Counsel for Mildred Collins-Williams, Pebbles McClain, and Ray Kendrick* | *Counsel for Mildred Collins-Williams, Pebbles McClain, and Ray Kendrick* |
|---|---|
| David Austin Bersinger<br>BARNES & THORNBURG LLP<br>3340 Peachtree Rd NE<br>Suite 2900<br>Atlanta, GA 30326<br>404-264-4082<br>abersinger@bradley.com<br><br>*Counsel for Mildred Collins-Williams, Pebbles McClain, and Ray Kendrick* | Alexis Kaitlyn Daenecke, Esq.<br>Christina M. Baugh, Esq.<br>BARNES & THORNBURG LLP<br>3340 Peachtree Rd NE<br>Suite 2900<br>Atlanta, GA 30326<br>404-846-1693<br>alexis.daenecke@btlaw.com<br>cbaugh@btlaw.com<br><br>*Counsel for Pebbles McClain* |

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

   **(a) Plaintiff Nautilus Insurance Company has alleged that it is a corporation organized under the laws of Arizona with its principal place of business in Arizona;**

   **(b) Contour Eastwyck, LLC, is a limited liability company organized under the laws of the state of Delaware. The following is a list of its members: Joseph A. Nathan, a Michigan citizen; Susan Nathan, a Michigan citizen; Eastwyck Village Apartment Investors, Delaware limited liability company; B&Y Healthcare S Corp., a Delaware corporation; Cody Healthcare S Corp., Delaware corporation; Cole Flashner, a California citizen; David Granowitz, California citizen; Dylan Flashner, California citizen; Eliezer Mehler, New York -- New Jersey citizen; Erik Howard, Maryland citizen; Jacob Weiss, New York citizen; Kimon Kokiousis, California citizen; KSM Investments,**

**LLC, Delaware limited liability company with the following members: Gregg Kaufman, California citizen; LMSD Holdings, LLC, Delaware limited liability company with the following members: Leah Deutsch, New York citizen, Maurice Deutsch, New York citizen, Michael Sugar, California citizen, Rainy Sundae LLC, New Jersey limited liability company with the following members: David Breau, a New Jersey citizen, Robert Norcross II Irreversible Trust, non-incorporated trust with the following trustees: Robert Norcross, Indiana citizen; Steven Fisher, New Jersey citizen; Trust of Allen and Jamie Rice, non-incorporated trust with the following trustees and their respective citizenships: Allen Rice, a California citizen; Universal Reinsurance, LLC, Kentucky limited liability company with the following members and respective citizens: Cody Healthcare S Corp., Delaware corporation, B&Y Healthcare S Corp., Delaware Corp., Yulzari Family trust, non-incorporated trust with the following Trustees: Gerri Yulzari, a California citizen; RCG Biscayne-Eastwyck Investors, LLC a Michigan limited liability company with the following members: SGE I, LLC; Lori Goldman, a Michigan citizen; Albert Berger, Michigan citizen, David Gash, Michigan citizen, Bob Aronson, Michigan citizen, Gary Merrifield, Michigan citizen, Sean Stephenson, Michigan citizen, Ryan Rapaski, Michigan citizen, Contour Development Group, LLC, a Michigan limited liability company with the following memberships: Pete Dedvukaj, a Michigan citizen; David Dedvukaj, a Michigan citizen; Nora Prekelezaj, a Michigan citizen.**

(c) **Defendant Mildred Collins-Williams is a citizen of the State of Georgia; and**

(d) **Defendant Pebbles McClain is a citizen of the State of North Carolina.**

This 28th day of March, 2025.

                                        */s/Gregory M. Taube*
                                        Gregory M. Taube
                                        Georgia Bar No. 699166

                                        *Attorney for Defendant*
                                        *Contour Eastwyck, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned hereby that the foregoing filing is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1C of the United District Court for the Northern District of Georgia.

*/s/ Gregory M. Taube*
GREGORY M. TAUBE
Georgia Bar No. 699166

*Attorney for Defendant*
*Contour Eastwyck, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **CONTOUR EASTWYCK, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court via the CM/ECF electronic filing system which will send notification to all counsel of record.

This 28th day of March, 2025.

*/s/ Gregory M. Taube*
GREGORY M. TAUBE
Georgia Bar No. 699166

*Attorney for Defendant*
*Contour Eastwyck, LLC*