IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTOUR EASTWYCK LLC; MILDRED COLLINS-WILLIAMS, as Administrator of the Estate of Tijuana Frazier; RAY KENDRICK, as Conservator for Quanisha Holt, an adult ward; and PEBBLES MCCLAIN, as Guardian and Next Friend of J.F. and I.F., minors,<br><br>    Defendants. | Civil Action File No.<br><br>1:23-cv-616-JPB |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    MILDRED COLLINS-WILLIAMS, as Administrator of the Estate of Tijuana Frazier; RAY KENDRICK, as Conservator for Quanisha Holt, an adult ward; and PEBBLES MCCLAIN, as Guardian and Next Friend of J.F. and I.F., minors (the "Representative Defendants"), pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 3.3, hereby files their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1

**1.** The undersigned counsel of record for the defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a party:

    a. Mildred Collins-Williams, as Administrator of the Estate of Tijuana Frazier.

    b. Ray Kendrick, as Conservator for Quanisha Holt, an adult ward.

    c. Pebbles McClain, as Guardian and Next Friend of J.F. and I.F., minors.

    d. Contour Eastwyck, LLC.

    e. Nautilus Insurance Company is a corporation that is wholly owned by Admiral Insurance Company. Admiral Insurance Company is wholly owned by Berkley Insurance Company. Berkley Insurance Company is wholly owned by Signet Star Holdings, Inc. Signet Star Holdings, Inc. is wholly owned by W.R. Berkley Corporation, a publicly traded corporation.

**2.** The undersigned further certifies that the following is a full and complete list of all other persons, associations or persons, firms, partnerships or corporation (including those related to parties of subsidiaries, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Rafi Law Firm

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> D. Austin Bersinger
> Ryan L. Hedstrom
> Bradley Arant Boult Cummings LLP
> *Counsel for the Representative Defendants*
>
> Michael T. Rafi
> Alexander Brown
> Rafi Law Firm
> *Counsel for the Representative Defendants*
>
> Gregory J. May
> Gregory M. Taube
> Nelson Mullins Riley & Scarborough, LLP
> *Attorneys for Contour Eastwyck, LLC*
>
> Philip W. Savrin
> Kyle Ference
> Freeman Mathis & Gary LLP
> *Attorneys for Nautilus Insurance Company*

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed.

   a. Mildred Collins-Williams, as Administrator of the Estate of Tijuana Frazier is a citizen of the State of Georgia.

   b. Ray Kendrick, as Conservator for Quanisha Holt, an adult ward is a citizen of the State of Georgia.

   c. Pebbles McClain, as Guardian and Next Friend of J.F. and I.F., minors is a citizen of the State of Georgia.

Respectfully submitted this 28th day of March 2025.

*/s/ D. Austin Bersinger*
D. Austin Bersinger
Georgia Bar No. 144792
**BRADLEY, ARANT, BOULT & CUMMINGS LLP**
Promenade Tower
1230 Peachtree Street NE, Suite 2100
Atlanta, Georgia 30309
Tel. 404.868.2042
ABersinger@bradley.com

Ryan L. Hedstrom, Esq.
Florida Bar No. 124724
*Admitted Pro Hac Vice*
**BRADLEY, ARANT, BOULT & CUMMINGS LLP**
Thousand & One
1001 Water Street, Suite 1000
Tampa, FL 33602
Telephone 813.559.5561
rhedstrom@bradley.com

*Counsel for Defendants Mildred Collins-Williams, Ray Kendrick, and Pebbles McClain*

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record:

Philip W. Savrin
Kyle A. Ference
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
PSavrin@fmglaw.com
KFerence@fmglaw.com

*Counsel for Nautilus Insurance Company*

Gregory M. Taube
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel. 404.322.6000
greg.taube@nelsonmullins.com

Gregory J. May, Esq.
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
greg.may@nelsonmullins.com

*Counsel for Contour Eastwyck, LLC*

Michael T. Rafi
Alexander Brown
RAFI LAW FIRM
1776 Peachtree Street NE
Atlanta, GA 30309
mike@rafilawfirm.com
brown@rafilawfirm.com
*Counsel for Representative Defendants*


　　　　　　　　　　　　　　　/s/ D. Austin Bersinger
　　　　　　　　　　　　　　　D. Austin Bersinger, Esq.
　　　　　　　　　　　　　　　Georgia Bar No. 144792